**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:18-cv-02898-REB-KLM

NAKIKO DIALLO,

      Plaintiff,

v.

MATTHEW MILLIGAN, in his personal capacity; and
CITY OF AURORA,

      Defendants.

---

**JOINT MOTION FOR PROTECTIVE ORDER**

---

The Parties, by and through their undersigned counsel of record, hereby jointly move this Court for entry of a Protective Order pursuant to Rule 26(c) of the Federal Rules of Civil Procedure and as grounds therefore, state as follows:

1. The nature of the claims, defenses and damages asserted in this case may involve the discovery of documents and information containing confidential information, including medical records, personnel and administrative records, and other confidential and personnel information, as more fully described in the attached proposed Protective Order. The Parties assert that the disclosure of such information outside the scope of this litigation could result in significant injury to one or more of the Parties' business or privacy interests.

2. For these reasons, the Parties hereby move the Court to enter a Protective Order.  By jointly agreeing to the necessity of an entry of a Protective Order, the Parties

are not making any representation regarding what information may be subject to confidentiality and reserve the right to object to any information which is designated as confidential pursuant to the terms of the attached proposed Protective Order.

Dated this 23rd day of August, 2019.

*s/ Marc F. Colin*
Marc F. Colin
Bruno, Colin & Lowe, P.C.
1999 Broadway, Suite 4300
Denver, CO 80202
Telephone: (303) 831-1099
Facsimile: (303) 831-1088
mcolin@brunolawyers.com
*Counsel for Defendant Milligan*

*s/ David J. Furtado*
David J. Furtado
Brad Kloewer, Esq.
Furtado Law PC
3773 Cherry Creek North Drive, Suite 755
Denver, Colorado 80209
E-mail: dfurtado@furtadlaw.com
brad@furtadolaw.com
*Counsel for Plaintiff*

*s/ Isabelle S. Evans*
Isabelle Sabra Evans
Peter Ruben Morales
Office of the City Attorney
15151 E. Alameda Parkway, #5300
Aurora, Colorado 80012
Telephone: 303-739-7030
Facsimile: 303-739-7042
Email: pmorales@auroragov.org;
ievans@auroragov.org
*Counsel for Defendant City of Aurora*