# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:18-cv-02898-REB-KLM

**NAKIKO DIALLO,**

    Plaintiff,

v.

**MATTHEW MILLIGAN,** in his personal capacity, and

**CITY OF AURORA**

    Defendants.

## MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF

Pursuant to D.C.COLO.LAttyR 5(b), Brad Kloewer submits this Motion to Withdraw as Counsel for Plaintiff, Nakiko Diallo, and respectfully requests an Order allowing such withdrawal. In support, Brad Kloewer states as follows:

1. Plaintiff is currently represented in this action by David Furtado and Nathanael Archuleta of Furtado Law PC.

2. Good cause exists for this request as Mr. Kloewer is no longer affiliated with Furtado Law PC.

3. Given that Plaintiff will continue to be represented by the above attorneys, the requested withdrawal will be effectuated through continuing counsel, who will also continue to be responsible for "complying with all court orders and time limitations established by any applicable rules" on behalf of Defendant pursuant to D.C.COLO.LAttyR 5(b).

WHEREFORE, Brad Kloewer respectfully requests an Order allowing him to withdraw as counsel for Plaintiff.

Dated this 4th day of November, 2019,

*s/ Brad Kloewer*
Brad Kloewer, #50565
2852 S. Lincoln Street
Englewood, Colorado 80113
Tel: (303) 910-2734
Email: bkloewer@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 4, 2019, a true and correct copy of the foregoing Motion to Withdraw as Counsel for Plaintiff was filed with the Court using the CM/ECF Filing System, which will send notification of the same to the following email addresses:

David Furtado, Esq.
Nathanael Archuleta, Esq.
FURTADO LAW PC
3773 Cherry Creek N. Dr. #755
Denver, CO 80209
Tel: 303-755-2929
dfurtado@furtadolaw.com
nathanael@furtadolaw.com
***Attorneys for Plaintiff***

Marc F. Colin
BRUNO COLIN & LOWE, P.C.
1999 Broadway Suite 4300
Denver, CO 80202
Tel: 303-831-1088
mcolin@brunolawyers.com
***Attorney for Defendant Milligan***

Isabelle Sabra Evans
Peter Ruben Morales
Aurora City Attorney's Office
15151 East Alameda Parkway
Aurora CO 80012
Tel: 303-739-7030

ievans@auroragov.org
pmorales@auroragov.org
***Attorneys for Defendant City of Aurora***

                                                     */s/ Brad Kloewer*
                                                     Brad Kloewer, Esq.