**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:18-cv-02898-REB-KLM

NAKIKO DIALLO,

    Plaintiff

v.

MATTHEW MILLIGAN, in his personal capacity, and
CITY OF AURORA,

    Defendants

_____

**PROPOSED AMENDED TO THE SCHEDULING ORDER**
_____

1. **Computation of Damages**

**Plaintiff:**

1. Plaintiff seeks a declaration that Defendants violated Plaintiff's federal Constitutional rights;

2. Plaintiff seeks compensatory damages, including non-economic damages for emotional distress, humiliation, loss of enjoyment of life, and other pain and suffering in an amount to be determined at trial;

3. All economic losses on all claims allowed by law, including but not limited to claims for lost wages in an amount to be determined at trial. The economic damages include the following: $12,000.00 for attorney fees paid as a result of his hiring of Linda Lee to defend him of the charges brought against him due to the Defendants' actions, lost wages for the time Plaintiff was in custody of

1

approximately $50,000.00 as Plaintiff earned $16.00 per hour and worked 40 hours per week at the time he was accused of a crime, lost wages from the time he returned to work to the present date and into the future of $1.00 per hour as Plaintiff currently earns $15.00 per hour and at the time he was accused of a crime, reimbursement of vehicle storage fees of $1,350.00 for the time Plaintiff's vehicle was in storage while he was in custody, reimbursement for in custody expenses of approximately $7,000.00, and reimbursement for expenses incurred as a result of Department of Revenue action in the amount of approximately $2,500.00 ;

4. Punitive damages on all claims allowed by law and in an amount to be determined at trial;
5. Attorney fees and the costs associated with this action on all claims allowed by law;
6. Pre- and post-judgment interest at the lawful rate; and
7. Any further relief that his court deems just and proper, and any other relief allowed.

**Defendant:**

Defendants continue to incur damages in the form of attorney's fees and court costs. Defendant's damages are on-going and continuous and, therefore, not readily determinable. Defendants intend to pursue claims for attorney's fees and costs available to them under federal law for frivolous and vexatious claims made against them.

Dated this November 15, 2019.

BY THE COURT:

_____
United States Magistrate Judge

APPROVED:

*/s/ David J. Furtado*
David J Furtado
3773 cherry Creek North Drive
Suite 755 Denver, CO 80209
Telephone No.: (303) 755-2929
Fax No.: (303) 309-6463
Email: dfurtado@furtadolaw.com
Attorney for Plaintiff

*/s/ Nathanael Archuleta*
Nathanael Archuleta
3773 Cherry Creek North Drive
Suite 755 Denver, CO 80209
Telephone No.: (303) 755-2929
Fax No.: (303) 309-6463
Email: nathanael@furtadolaw.com
Attorney for Plaintiff

*/s/ Marc F. Colin*
Marc F. Colin
Bruno Colin & Lowe, P.C.
1999 Broadway
Suite 4300
Denver, CO 80202-5731
Telephone: 303-831-1088
Fax: 303-831-1088
Email: mcolin@brunolawyers.com
Attorney for Defendant Milligan

*/s/ Isabelle Sabra Evans*
Isabelle Sabra Evans
Aurora City Attorney's Office
15151 East Alameda Parkway
5th floor
Aurora, CO 80012
Telephone: 303-739-7030
Email: ievans@aurorgov.org

***/s/ Peter Ruben Morales***
Peter Ruben Morales
Aurora City Attorney's Office
15151 East Alameda Parkway
5th Floor
Aurora, CO 80012
Telephone: 303-739-7030
Fax: 303-739-7042
Email: pmorales@auroragov.org
Attorneys for Defendant